ALFRED W. McKUSICK vs. MAURICE C. BAKER.

Penobscot County.   Decided October 2, 1923.   This is an action of assumpsit for labor and materials furnished in finishing a new house owned by the defendant.   The jury returned a verdict for the plaintiff for $186.35, the sum sued for.   The defendant filed a general motion for a new trial.

The testimony was conflicting as to the contract, the manner of its performance, and the additional work claimed by the plaintiff. The questions raised were tried before a competent tribunal.   It was in the circumstances a jury question solely.   The record does not disclose that the verdict is manifestly wrong.   Motion overruled. *Maxwell & Conquest*, for plaintiff.   *Phillips B. Gardner*, for defendant.

FRANKIE M. BEANE, Complainant vs. RAYMOND CARL.

Somerset County.   Decided October 27, 1923.   This is a complaint in bastardy.   The jury returned a verdict for the plaintiff, and the case is before the court on general motion.   The case had been tried before.   At the first trial a verdict for the plaintiff was set aside, on motion, by the presiding Justice.   There were no technicalities involved.   The proper preliminary steps were complied with.   The single question in the case is whether the evidence is sufficient to justify the verdict.   The printed case is unusually long, showing upon the principal question of guilt or innocence conflicting testimony throughout.   It was peculiarly a question for the jury, to determine from the mass of contradictory evidence what to believe or disbelieve.

From a careful study of the case we are not able to say that the verdict is manifestly wrong.   Motion overruled.   *Merrill & Merrill*, for plaintiff.   *Pattangall & Locke*, for defendant.